# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BROCO LLC d/b/a BLUE RIBBON RESTAURANTS, a New York limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.:  2:21-cv-06385-GW-PD<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br><br>Complaint filed:   August 6, 2021 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

　　IT IS SO ORDERED.

DATED:  Dec. 27 , 2021　　　By:  _/s/ George H. Wu_
　　　　　　　　　　　　　　　　　　　Hon. George H. Wu
　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)
CASE NO. 2:21-cv-06385-GW-PD